# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1804
_____

Jamie Lee Jackson

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: December 2, 2016
Filed: December 7, 2016
[Unpublished]
_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.
_____

PER CURIAM.

Jamie Lee Jackson appeals the district court's[1] order affirming the Commissioner's determination that she is not entitled to disability insurance benefits, after her hearing before an administrative law judge. Upon de novo review, see Perks v. Astrue, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012), we are satisfied that the decision is supported by substantial evidence on the whole record. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.